UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DENNIS M. NELSON, Plaintiff, | ) )  ) |
| v. | ) CASE No.: 3:13-cv-02246-MC ) ) ORDER AWARDING ATTORNEY ) FEES PER 28 USC 406(b) ) |
| CAROLYN COLVIN, Commissioner, Social Security Administration | ) ) ) ) |
| Defendant. | ) ) ) |

It is hereby ORDERED that, pursuant to 42 U.S.C. § 406(b), an attorney fee in the amount of $10,087.50 is approved to Plaintiff. Credit will be taken for $5,391.39 paid as an EAJA fee so that the net fee due Plaintiff's counsel is $4,396.11.

IT IS SO ORDERED this __24__ day of __June__, 2016.

_____
UNITED STATES DISTRICT JUDGE
Michael McShane

Proposed Order submitted:                     Date: June 22, 2016

_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Dennis M. Nelson

Page 3 - PLAINTIFF'S PETITION FOR FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028